UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FREDERICK K. WENZ,

    Plaintiff,

v.                                             CASE NO. 6:07-cv-794-Orl-19KRS

MR. S. WILSON, et al.,

    Defendants.

### ORDER OF TRANSFER

After examination of the Complaint, it appears that this action should have been filed in the United States District Court, Middle District of Florida, Tampa Division. Accordingly, pursuant to 28 U.S.C. § 1406 and Rule 1.02(e), Rules of the United States District Court for the Middle District of Florida, it is now

    **ADJUDGED**:

That this case shall be **transferred** to the United States District Court, Middle District of Florida, Tampa Division.

    **DONE AND ORDERED** at Orlando, Florida, this __25th__ day of May, 2007.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

sa 5/25
Frederick K. Wenz